◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

LIBERTY MUTUAL GROUP as subrogee of
LAUREN WALLACE,

V.

JOSEPH A. WASHINGTON, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-755-SLR

RECEIVED
DEC 17 2007
4:43
Secretary of State

TO: (Name and address of Defendant)

Sinclair Operating Co., 1000 Greenside Drive, Cockeysville, MD 21030 in care of Delaware Secretary of State, Townsend Building, 401 Federal Street, Suite 4, Dover, DE 19901 pursuant to 10 Del.C. §3111.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall
1001 North Jefferson Street
Suite 202
Wilmington, DE 19801
(302) 652-3611

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                       11/21/07

CLERK                                                                          DATE

_Bex Du_

(By) DEPUTY CLERK

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT

this day, Monday, December 17, 2007, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

SINCLAIR OPERATING CO.

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3111 of Title 10 of the Delaware Code of 1978.

So Answers,

*Higdon*

Jim Higdon
Sheriff of Kent County



Kent County

Sheriff Office

Jim Higdon
Sheriff
Courthouse
Dover, Delaware 19901

UNITED STATES DISTRICT COURT
CIVIL COURT DIVISION
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DE  19801

19801+3570