AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

LIBERTY MUTUAL as subrogee of
LAUREN WALLACE
        V.
JOSEPH WASHINGTON, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-755 -SLR

RECEIVED & FILED
DEC 17 2007
9:43
Secretary of State

TO: (Name and address of Defendant)

    Joseph A. Washington, 840 NW 168th Drive, Miami, FL 33169-5323 in care
    of Delaware Secretary of State, Townsend Building, 401 Federal Street,
    Suite 4, Dover, DE  19901 pursuant to 10 Del.C. §3104 and 3112.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Louis J. Rizzo, Jr., Esquire
    Reger Rizzo Kavulich & Darnall
    1001 North Jefferson Street
    Suite 202
    Wilmington, DE  19801
    (302) 652-3611

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                 11/21/07
CLERK                                                                       DATE

_[signature]_

(By) DEPUTY CLERK

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT

this day, Monday, December 17, 2007, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

JOSEPH A. WASHINGTON

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3104 & 3112 of Title 10 of the Delaware Code of 1978.

So Answers,

*Higdon*

Jim Higdon
Sheriff of Kent County

Kent County

Sheriff Office
Jim Higdon
Sheriff
Courthouse
Dover, Delaware 19901

UNITED STATES DISTRICT COURT
CIVIL COURT DIVISION
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DE  19801