IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP a/s/o<br>LAUREN WALLACE<br><br>    Plaintiff<br><br>v.<br><br>JOSEPH A. WASHINGTON, et al<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 07-755-SLR |

**ANSWER OF DEFENDANTS**

COMES NOW, the Defendants, by and through the undersigned, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney, without waiving the below listed Affirmative Defense, answers each numbered paragraph of the Plaintiff's Complaint as follows:

1. Admitted.

2. Denied.

3. Admit all except, Defendants address and legal state of residence is within the State of Florida.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

## AFFIRMATIVE DEFENSE

Contributory negligence.

WHEREFORE, Defendant, prays that Plaintiff take nothing in this action, that the Complaint be dismissed with costs to defendant, ant that this Court grant such other and further relief as it may deem appropriate.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

By:   /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant U.S. Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, DE  19801
        (302) 573-6277

Dated: February 29, 2008