IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY MUTUAL GROUP a/s/o<br>LAUREN WALLACE<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-755-SLR<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **April 8, 2008**, copies of the **DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served via U.S. First Class Mail at the following address::

**Louis J. Rizzo, Jr.**
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
lrizzo@rrkdlaw.com

        COLM F. CONNOLLY
        United States Attorney

    By:/s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov